IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JULIA I. SAGE, et al., )<br>)<br>Defendants. ) | 8:06CV296<br><br>ORDER |

This matter is before the court on the plaintiff's Motion for Leave to Amend Complaint (Filing No. 8). The plaintiff filed a copy of the proposed second amended complaint with the motion. This action was filed on March 30, 2006, to foreclose a lien created by a mortgage executed by Julia Sage. **See** Filing No. 1. On April 6, 2006, the plaintiff filed an amended complaint. **See** Filing No. 4. The plaintiff now seeks to again amend the complaint. Although one defendant has waived service and Julia Sage has been served, no defendant has filed an answer or motion in the case. Upon consideration and for good cause shown,

**IT IS ORDERED**:

1. The plaintiff's Motion for Leave to Amend Complaint (Filing No. 8) is granted.

2. The plaintiff may file a second amended complaint **on or before June 5, 2006**.

DATED this 24th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge