IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV296 |
| | ) | |
| V. | ) | |
| | ) | |
| JULIA I. SAGE, FIRST NEBRASKA BANK, NORTHEAST NEBRASKA ECONOMIC DEVELOPMENT DISTRICT (NENEDD), and PALISADES COLLECTION LLC, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 22, is scheduled before the undersigned on **October 12, 2006, at 8:45 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

DATED this 22nd day of September, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge