IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CV296 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO WITHDRAW |
| | ) | |
| JULIA I. SAGE, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon Plaintiff's Notice to Withdraw, filing 38,

IT IS HEREBY ORDERED that Plaintiff's notice is granted, and the Motion to Vacate Deed and Set Aside Sale, and Memorandum Brief is withdrawn.

DATED this 14th day of May, 2007.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE